IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| **JOSE CASTILLO ONTIVEROS,** On Behalf Of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>**JAFFER KHOWAJA**, An Individual, and **KHOWAJA MERE KHOWAJA, INC**. An Illinois Corporation, d/b/a Dunkin Donuts,<br><br>Defendants. | **Docket No. 15-cv-05336** |

**STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

**PLEASE TAKE NOTICE** that Plaintiff Jose Castillo Ontiveros ("Plaintiff") and Defendants Jaffer Khowaja and Khowaja Mere Khowaja, Inc. ("Defendants"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of the above-captioned action and request that said action be dismissed with prejudice. In support of this stipulation, the Parties represent:

1. The Parties have a *bona fide* dispute regarding the merits of Plaintiff's claims.

2. The Parties desire to fully and finally resolve their dispute without the expense of further litigation. To that end, the Parties have entered into a settlement agreement and release (the "Agreement"), which was approved by the Court on September 27, 2016 (Dkt. # 50).

3. As part of that Agreement, the Parties agreed to enter into and file a stipulation dismissing the action upon receipt by Plaintiff's counsel of the settlement payment.

4. That payment having been received, the Parties now stipulate to the dismissal with prejudice of this action, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**WHEREFORE**, the Parties respectfully request that this Court dismiss the action with prejudice.

Dated: October 16, 2016

| | |
|---|---|
| **JTB LAW GROUP, LLC** <br> By: */s/ Patrick S. Almonrode* <br> Patrick S. Almonrode <br> 155 Second St., Suite 4 <br> Jersey City, NJ 07302 <br><br> *Attorneys for Plaintiff* | **LAW OFFICES OF RICHARD D. GROSSMAN** <br> By: */s/ Richard D. Grossman* <br> Richard D. Grossman <br> 211 West Wacker Drive, Suite 710 <br> Chicago, IL 60606 <br><br> *Attorneys for Defendants* |

**SO ORDERED**

_____
Gary Feinerman, U.S.D.J.

Dated: _____